UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSE R ABRAMS,<br><br>               Plaintiff,<br><br>    v.<br><br>CHAD M ENRIGHT,<br><br>               Defendants. | Case No. C22-5731 RAJ-TLF<br><br>REPORT AND RECOMMENDATION |

      On September 30, 2022, plaintiff filed a Motion for Leave to Proceed In Forma Pauperis (Dkt. 1), with respect to his proposed civil rights complaint (Dkt. 1-1). On October 18, 2022, the Court ordered plaintiff to show cause why the complaint should not be dismissed for failure to state a claim. Dkt. 4. The Court informed plaintiff's only named defendant, a prosecutor, had prosecutorial immunity, and in order to state a claim under Section 1983, plaintiff had to show how the named defendant acted outside his quasi-judicial capacity as a prosecutor.

      Given the identified deficiencies in the proposed complaint, the Court did not grant Plaintiff's IFP application. Plaintiff was given until November 7, 2022, to show cause why his complaint should not be dismissed or file an amended complaint. Plaintiff has not responded to the Court's order to show cause. Accordingly, the undersigned recommends that the Court DENY plaintiff's IFP application and dismiss his action without prejudice for failure to prosecute.

REPORT AND RECOMMENDATION - 1

A plaintiff is not entitled to submit written objections to the Magistrate Judge's report and recommendation that IFP status should be denied. *Minetti v. Port of Seattle,* 152 F.3d 1113, 1114 (9th Cir. 1998)(per curiam). Denial of a motion to proceed IFP is an immediately appealable order. *Tripati v. Rison,* 847 F.2d 548, 548-549 (9th Cir. 1988). Under *O'Neal v. Price*, 531 F.3d 1146, 1151-1156 (9th Cir. 2008), the complaint should be dismissed without prejudice.

Dated this 2nd day of December, 2022.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2