UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESSE R ABRAMS,

               Plaintiff,

  v.

CHAD M ENRIGHT,

              Defendants.

Case No. C22-5731 RAJ-TLF

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED.

Plaintiff's action is DISMISSED without prejudice for failure to prosecute.

(3)    The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 7th day of December, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1